# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Leonard Ceder,**<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc. and TD Bank USA N.A.**<br><br>Defendant. | **CASE NO: 2:15-CV-01635-SRB**<br><br>**ORDER** |

Pursuant to the Parties' stipulation and for GOOD CAUSE shown,

IT IS HEREBY ORDERED that Defendant TD is dismissed with prejudice, with each party to bear their own attorney's fees and costs. The case is to be dismissed in its entirety.

Dated this 20th day of September, 2016.

_____
Susan R. Bolton
United States District Judge